IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



FILED
JUN 2 5 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 3:19mj88 |
| EDWIN A. MILLS, | |
| Defendant. | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or around February 16, 2018, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, EDWIN A. MILLS, did knowingly, or with wanton disregard for the consequences of his act, take, possess, sell, purchase, barter, offer to sell, purchase or barter, transport, export or import, at any time or in any manner a bald eagle nest, without being permitted to do so.

(In violation of Title 16, United States Code, Section 668(a)).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: June 25, 2019   By: _____
Stephen E. Anthony
Assistant United States Attorney