IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWIN A. MILLS,<br><br>Defendant. | Case No. 3:19mj88 |

## STATEMENT OF FACTS

The United States and the defendant, EDWIN A. MILLS, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or around February 16, 2018, in the Eastern District of Virginia and elsewhere, in King William County, Virginia, the defendant did knowingly, or with wanton disregard for the consequences of his act, cut down a tree containing a bald eagle nest.

2. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: ~~Click to enter a date.~~ 6/28/19

By: _____
Stephen E. Anthony
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, EDWIN A. MILLS, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
EDWIN A. MILLS

I am Robert A. Peay, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Robert A. Peay, Esq.
Attorney for EDWIN A. MILLS

2